### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TANK CONNECTION, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 13 CV 1392 |
| ) | |
| JOHN R. HAIGHT ) | |
| ) | |
| Defendant ) | |
| ) | |
| USA TANK SALES & ERECTION ) | |
| COMPANY, INC. ) | |
| ) | |
| Relief Defendant ) | |

### MOTION FOR ALLOWANCE OF FEES
### OF REDMOND & NAZAR, L.L.P. AS COUNSEL FOR THE RECEIVER
### FOR THE MONTH OF NOVEMBER, 2013

COMES NOW the Receiver, Edward J. Nazar, and hereby moves the Court for an order for the allowance of fees and expenses incurred by the Receiver.

In support thereof, the Receiver asserts:

1. This Motion is for a period of time from November 1, 2013 (inception of the case) thru November 30, 2013.

2. The total fees and expenses incurred from November 1, 2013 thru November 30, 2013, is the sum of $3,914.67. A detailed itemization of the fees and expenses is attached hereto.

3. The Court previously approved the engagement of the Receiver at the rate of $300.00 per hour.

4. The Receiver requests the Court for an order allowing and approving the fees and expenses to be paid by plaintiff.

WHEREFORE the Receiver prays the Court issue appropriate orders allowing the fees and expenses as set forth herein.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Receiver
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of January, 2014, a true and correct copy of the Motion for Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Ross A. Hollander
Joseph, Hollander & Craft, LLC
500 North Market Street
Wichita, KS 67214-3514
    *Attorney for Plaintiff*

Christopher F. Burger
Stevens & Brand, LLP
PO Box 189
Lawrence, KS 66044
    *Attorney for John R. Haight*

Gregory L. Musil
Polsinelli PC
6201 College Blvd., Suite 500
Overland Park, KS 66211-2423
    *Attorney for USA Tank Sales*
    *& Erection Company, Inc.*

/s/Edward J. Nazar

Redmond & Nazar, L.L.P.
Attorneys at Law
245 North Waco, Suite 402
Wichita, Kansas  67202-1117
316-262-8361
Federal I.D. #48-0779672

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita  KS  67214-3514

Attn: Ross A. Hollander

Page: 1
11/30/2013
Account No: 7417-001H
Statement No:      2

## Fees

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/06/2013 | EJN | Review documents; telephone conference with Ross Hollander. | 0.40 | 120.00 |
| 11/07/2013 | EJN | Telephone conference with Ross Hollander; research on principals; letter to USA Tank Sales. | 0.50 | 150.00 |
| | EJN | Review correspondence. | 0.10 | 30.00 |
| 11/08/2013 | EJN | Telephone conference with Ross Hollander. | 0.20 | 60.00 |
| | EJN | Telephone conference with John Haight; telephone conference with Dennis Banning. | 0.20 | 60.00 |
| | EJN | Telephone conference with Ross Hollander; telephone conference with Chris Burger. | 0.20 | 60.00 |
| | EJN | Telephone conference with Ross Hollander; telephone conference Lee Hodson; telephone conference with Jack Kilroy. | 0.50 | 150.00 |
| | EJN | Telephone conference with Mark Stingley. | 0.25 | 75.00 |
| 11/11/2013 | EJN | Telephone conference with Jack Kilroy; telephone conference with Ross Hollander; telephone conference with Chris Burger; memos to respective parties. | 1.00 | 300.00 |
| 11/13/2013 | EJN | Telephone conference with Chris Burger. | 0.25 | 75.00 |
| | EJN | Dictate on notice of bond; dictate on Receiver's oath. | 0.25 | 75.00 |
| 11/19/2013 | EJN | Telephone conference with Judge Marten. | 0.40 | 120.00 |
| 11/21/2013 | EJN | Travel to and attend deposition; review documents. | 8.00 | 2,400.00 |
| 11/25/2013 | EJN | Review pleadings and docket. | 0.10 | 30.00 |
| 11/27/2013 | EJN | Review memos on discovery. | 0.10 | 30.00 |
| 11/30/2013 | EJN | Prepare motion for allowance of fees. | 0.25 | 75.00 |
| | | For Current Services Rendered | 12.70 | 3,810.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 12.70 | $300.00 | $3,810.00 |

## Costs

| Date | Description | Amount |
|---|---|---|
| 11/15/2013 | Photocopy expense. | 0.75 |
| 11/15/2013 | Postage | 0.46 |
| 11/25/2013 | Postage | 0.46 |
| 11/25/2013 | Photocopy expense. | 3.00 |
| | Total Costs | 4.67 |

| | | |
|---|---|---|
| 11/25/2013 | Receiver Bond from Kenneth Dingwall Insurance, Inc. | 100.00 |
| | | 100.00 |

Total Current Work                          3,914.67

```
                                                                    Page:  2
Tank Connection, LLC Receivership                                11/30/2013
                                                          Account No: 7417-001H
                                                          Statement No:      2
```

Balance Due                                                         $3,914.67

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.