IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TANK CONNECTION, LLC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 13 CV 1392 |
| ) | |
| JOHN R. HAIGHT ) | |
| ) | |
| Defendant ) | |
| ) | |
| USA TANK SALES & ERECTION ) | |
| COMPANY, INC. ) | |
| ) | |
| Relief Defendant ) | |

## MOTION FOR ALLOWANCE OF FEES
## OF REDMOND & NAZAR, L.L.P. AS COUNSEL FOR THE RECEIVER
## FOR THE MONTH OF DECEMBER, 2013

COMES NOW the Receiver, Edward J. Nazar, and hereby moves the Court for an order for the allowance of fees and expenses incurred by the Receiver.

In support thereof, the Receiver asserts:

1. This Motion is for a period of time from December 1, 2013 thru December 31, 2013.

2. The total fees and expenses incurred from December 1, 2013 thru December 31, 2013, is the sum of $515.80. A detailed itemization of the fees and expenses is attached hereto.

3. An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Month of November 2013 was approved and entered on January 3, 2014 [Dkt #47] approving fees and expenses for the period of time from November 1, 2013 (inception of the case) thru November 30, 2013 in the total sum of $3,914.67.

4. The Court previously approved the engagement of the Receiver at the rate of $300.00 per

hour.

5. The Receiver requests the Court for an order allowing and approving the fees and expenses to be paid by plaintiff.

WHEREFORE the Receiver prays the Court issue appropriate orders allowing the fees and expenses as set forth herein.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Receiver
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of January, 2014, a true and correct copy of the Motion for Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Ross A. Hollander
Joseph, Hollander & Craft, LLC
500 North Market Street
Wichita, KS 67214-3514
   *Attorney for Plaintiff*

Brian J. Zickefoose
Polsinelli PC
900 West 48th Place, Suite 900
Overland Park, KS 64112
   *Attorney for USA Tank Sales
   & Erection Company, Inc.*

Mark W. Weisman
Polsinelli, PC
100 South Fourth Street, Suite 100
St. Louis, MO 63102
   *Attorney for USA Tank Sales
   & Erection Company, Inc.*

Christopher F. Burger
Stevens & Brand, LLP
PO Box 189
Lawrence, KS 66044
   *Attorney for John R. Haight*

/s/Edward J. Nazar

```
                        Redmond & Nazar, L.L.P.
                            Attorneys at Law
                        245 North Waco, Suite 402
                        Wichita, Kansas  67202-1117
                              316-262-8361
                        Federal I.D. #48-0779672
```

                                                                          Page: 1
Tank Connection, LLC Receivership                                      12/31/2013
Joseph Hollander & Craft, LLC                                Account No: 7417-001H
500 North Market Street                                      Statement No:      3
Wichita  KS  67214-3514

Attn: Ross A. Hollander'

                Previous Balance                                         $3,914.67

                                        Fees

                                                                  Hours
12/02/2013 EJN  Telephone conference with Chris Burger; review USA Tank Sales answer.   0.25    75.00

12/09/2013 EJN  Prepare order on allowance of fees.                  0.20    60.00

12/23/2013 TLH  Work on indexing thumbdrives #3 & #4.                1.30    97.50

12/29/2013 EJN  Letter on inventory of items.                        0.20    60.00
                For Current Services Rendered                        1.95   292.50

                              Recapitulation
                Timekeeper                  Hours      Rate      Total
                EDWARD J. NAZAR              0.65    $300.00   $195.00
                Tracy Hanning                1.30      75.00     97.50


12/11/2013      Certified Copy of Deposition of John R. Haight by Appino & Briggs Reporting
                Service, Inc.                                              223.30
                                                                           223.30

                Total Current Work                                         515.80

                Balance Due                                              $4,430.47
                    Payments made after the first of the month will be
                         reflected on the next statement.
                  Unascertained expenses will be billed at a later date.