UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TANK CONNECTION, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN R. HAIGHT, | ) Case No. 13-cv-1392-JTM-TJJ |
| | ) |
| Defendant, | ) |
| | ) |
| USA TANK SALES & ERECTION COMPANY, INC., | ) |
| | ) |
| Relief Defendant. | ) |

### ORDER CONTINUING SCHEDULING CONFERENCE AND SETTING DISCOVERY DEADLINES

On March 25, 2014, the Court convened this case for a Scheduling Conference. Plaintiff Tank Connection, LLC appeared through counsel, Ross A. Hollander and Holly Perkins. Defendant Haight appeared through counsel, Christopher F. Burger. Relief Defendant USA Tank Sales & Erection Company, Inc. ("USA Tank") appeared through counsel, Brian J. Zickefoose. After discussion with counsel, the Court finds that the Scheduling Conference should be continued until after the parties can develop an agreed search protocol for the electronically stored information ("ESI") in the custody of the receiver.

Accordingly, the Court continues the Scheduling Conference to **June 12, 2014 at 3:00 p.m.** The hearing will be held by telephone Meet-Me dial in conference. Counsel indicated they would like for the appointed receiver in this case, Edward Nazar, to participate in the Scheduling Conference. Accordingly, Mr. Nazar and all counsel for parties in the case who wish to participate in the Scheduling Conference should dial (913) 735-2279 to join the conference. All

counsel shall confer regarding scheduling and, **no later than June 5, 2014**, the parties shall submit via email attachment (to [KSD_James_Chambers@ksd.uscourts.gov](mailto:KSD_James_Chambers@ksd.uscourts.gov)) a new report of parties' planning conference with suggested deadlines/dates and related information inserted in all pertinent blanks contained in the report.

The Court further sets the following deadlines with respect to the ESI in the custody of the receiver:

1. By **April 25, 2014**, Plaintiff shall serve its expert's proposed search protocol for the ESI in the custody of the receiver upon each Defendant, and Defendants Haight and USA Tank shall submit their proposed protective order to Plaintiff.

2. By **May 16, 2014**, Defendants shall serve their response(s) to Plaintiff's proposed search protocol.

3. By **May 23, 2014**, Plaintiff shall serve its response to Defendants' proposed protective order.

4. By **May 30, 2014**, the parties shall submit to the Court their proposed agreed ESI search protocol or, if they disagree, their respective proposed search protocols. The parties shall also submit by that date their jointly proposed protective order, or if they cannot submit a jointly proposed protective order, any party or parties desiring to submit a proposed protective order shall file their motion(s) requesting entry of their proposed protective order.

A copy of this Order will also be emailed to the appointed receiver, Edward Nazar.

Dated in Kansas City, Kansas on this 26th day of March, 2014.

*s/ Teresa J. James*
Teresa J. James
United States Magistrate Judge