## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TANK CONNECTION, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 13 CV 1392 |
| | ) | |
| JOHN R. HAIGHT | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| USA TANK SALES & ERECTION | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Relief Defendant | ) | |

### MOTION FOR ALLOWANCE OF FEES
### OF REDMOND & NAZAR, L.L.P. AS COUNSEL FOR THE RECEIVER
### FOR THE MONTHS OF JANUARY, 2014 THRU AUGUST, 2014

COMES NOW the Receiver, Edward J. Nazar, and hereby moves the Court for an order for the allowance of fees and expenses incurred by the Receiver.

In support thereof, the Receiver asserts:

1.   This Motion is for a period of time from January 1, 2014 thru August 31, 2014.

2.   The total fees and expenses incurred from January 1, 2014 thru August 31, 2014, is the sum of $2,004.25.  A detailed itemization of the fees and expenses is attached hereto.

3.   An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Month of November 2013 was approved and entered on January 3, 2014 [Dkt #47] approving fees and expenses for the period of time from November 1, 2013 (inception of the case) thru November 30, 2013 in the total sum of $3,914.67.

4.   An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the

Receiver for the Month of December, 2013 was approved and entered on January 22, 2014 [Dkt #50] approving fees and expenses for the period of time from December 1, 2013 thru December 31, 2013 in the total sum of $515.80.

5.      The Court previously approved the engagement of the Receiver at the rate of $300.00 per hour.

6.      The Receiver requests the Court for an order allowing and approving the fees and expenses to be paid by plaintiff.

WHEREFORE the Receiver prays the Court issue appropriate orders allowing the fees and expenses as set forth herein.

RESPECTFULLY SUBMITTED:

REDMOND & NAZAR, L.L.P.


/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Receiver
245 North Waco, Suite 402
Wichita, KS 67202-1117
316-262-8361 / 316-263-0610 fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _18th_ day of September, 2014, a true and correct copy of the Motion for Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Ross A. Hollander                          Brian J. Zickefoose
Joseph, Hollander & Craft, LLC            Polsinelli PC
500 North Market Street                   900 West 48th Place, Suite 900
Wichita, KS 67214-3514                    Overland Park, KS 64112
      *Attorney for Plaintiff*                  *Attorney for USA Tank Sales*
                                                *& Erection Company, Inc.*

Christopher F. Burger
Stevens & Brand, LLP
PO Box 189
Lawrence, KS 66044
     *Attorney for John R. Haight*

               /s/Edward J. Nazar

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1

Tank Connection, LLC Receivership                01/31/2014
Joseph Hollander & Craft, LLC          Account No: 7417-001H
500 North Market Street                Statement No:        4
Wichita  KS  67214-3514

Attn: Ross A. Hollander'


Previous Balance                                    $4,430.47

<u>Fees</u>

|            |     |                                                  | Hours |        |
|------------|-----|--------------------------------------------------|-------|--------|
| 01/02/2014 | EJN | Prepare Motion for Fees of Receiver.             | 0.20  | 60.00  |
| 01/07/2014 | EJN | Letter on Court Order.                            | 0.10  | 30.00  |
| 01/14/2014 | EJN | Telephone conference with Mark Weisman.          | 0.10  | 30.00  |
| 01/15/2014 | EJN | Letter to counsel; telephone call with Mark Weisman. | 0.25 | 75.00 |
| 01/21/2014 | EJN | Prepare motion and order on administrative expenses. | 0.20 | 60.00 |
| 01/25/2014 | EJN | Letter on administration expenses.               | 0.10  | 30.00  |
|            |     | For Current Services Rendered                    | 0.95  | 285.00 |

Recapitulation

| Timekeeper       | Hours | Rate    | Total    |
|------------------|-------|---------|----------|
| EDWARD J. NAZAR  | 0.95  | $300.00 | $285.00  |

<u>Costs</u>

| 01/09/2014 | Postage            | 0.46  |
|------------|--------------------|-------|
| 01/09/2014 | Photocopy expense. | 5.00  |
| 01/15/2014 | Postage            | 1.38  |
| 01/15/2014 | Photocopy expense. | 2.00  |
| 01/28/2014 | Postage            | 0.46  |
| 01/28/2014 | Photocopy expense. | 5.00  |
|            | Total Costs        | 14.30 |

Total Current Work                                      299.30

Balance Due                                         $4,729.77

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS 67214-3514

Attn: Ross A. Hollander'

Page: 1
02/28/2014
Account No: 7417-001H
Statement No:        5

Previous Balance                                              $4,729.77

### Fees

|            |     |                                         | Hours |       |
|------------|-----|-----------------------------------------|-------|-------|
| 02/28/2014 | EJN | Telephone conference with Ross Hollander. | 0.20  | 60.00 |
|            |     | For Current Services Rendered           | 0.20  | 60.00 |

#### Recapitulation

| Timekeeper      | Hours | Rate     | Total   |
|-----------------|-------|----------|---------|
| EDWARD J. NAZAR | 0.20  | $300.00  | $60.00  |

Total Current Work                                              60.00

### Payments

| 02/18/2014 | Payment. | -4,430.47 |
|------------|----------|-----------|

Balance Due                                                    $359.30

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
245 North Waco, Suite 402
Wichita, Kansas   67202-1117
316-262-8361
Federal I.D. #48-0779672

Page: 1
03/31/2014
Account No: 7417-001B
Statement No:          6

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS 67214-3514

Attn: Ross A. Hollander'

|  |  |
|---|---|
| Previous Balance | $359.30 |

Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 03/03/2014 EJN | Attendance at Rule 26(f) conference. |  | 1.10 | 330.00 |
| 03/27/2014 EJN | Memorandum on scheduling conference. |  | 0.10 | 30.00 |
|  | For Current Services Rendered |  | 1.20 | 360.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 1.20 | $300.00 | $360.00 |

|  |  |
|---|---|
| Total Current Work | 360.00 |

Payments

|  |  |  |
|---|---|---|
| 03/28/2014 | Payment. | -359.30 |

|  |  |
|---|---|
| Balance Due | $360.00 |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS  67214-3514

Attn: Ross A. Hollander'

Page: 1
04/30/2014
Account No: 7417-001H
Statement No:         7

|  |  |  |
|---|---|---|
| Previous Balance |  | $360.00 |

### Fees

|  |  |  | Hours |  |
|---|---|---|---|---|
| 04/28/2014 EJN | Memorandum to Steve Joseph on experts. |  | 0.10 | 30.00 |
|  | For Current Services Rendered |  | 0.10 | 30.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 0.10 | $300.00 | $30.00 |

|  |  |
|---|---|
| Total Current Work | 30.00 |
| Balance Due | $390.00 |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
05/31/2014
Account No: 7417-001B
Statement No:        8

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS  67214-3514

Attn: Ross A. Hollander'

| | |
|---|---|
| Previous Balance | $390.00 |
| Balance Due | $390.00 |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
245 North Waco, Suite 402
Wichita, Kansas  67202-1117
316-262-8361
Federal I.D. #48-0779672

                                                                Page: 1
Tank Connection, LLC Receivership                               06/30/2014
Joseph Hollander & Craft, LLC                        Account No:  7417-001H
500 North Market Street                              Statement No:         9
Wichita  KS  67214-3514

Attn: Ross A. Hollander'


Previous Balance                                              $390.00

### Fees

                                                          Hours
06/12/2014 EJN  Attendance at pretrial conference with Judge Ice (telephonically).   1.00   300.00

06/16/2014 EJN  Dictate on discovery and scheduling issue.        0.10    30.00

06/29/2014 EJN  Review court opinion.                             0.10    30.00
                For Current Services Rendered                     1.20   360.00

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 1.20 | $300.00 | $360.00 |

### Costs

06/12/2014      Long distance phone call charges.                          18.50
                Total Costs                                                 18.50

                Total Current Work                                         378.50

### Payments

06/02/2014      Payment.                                                  -390.00
06/30/2014      Payment.                                                  -378.50
                Total Payments                                            -768.50

                Balance Due                                                 $0.00


                    Your Trust Account balance is

                    Opening Balance              $0.00
         06/30/2014 CK# 59365                    390.00
         06/30/2014 Fees & Expenses June 2014
                    PAYEE: Redmond & Nazar, L.L.P.   -378.50
                    Closing Balance              $11.50


                Payments made after the first of the month will be
                    reflected on the next statement.
               Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
07/31/2014

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC                                Account No: 7417-001H
500 North Market Street                                      Statement No:        10
Wichita  KS  67214-3514

Attn: Ross A. Hollander'

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 07/28/2014 | EJN | Telephone conference with and letter on engagement to John Mallery. | 0.20 | 60.00 |
| 07/29/2014 | EJN | Telephone conference with Ross Hollander. | 0.20 | 60.00 |
| 07/30/2014 | EJN | Work on equipment. | 0.10 | 30.00 |
| 07/31/2014 | EJN | Telephone conference with parties; memo to consultant. | 0.50 | 150.00 |
| | | For Current Services Rendered | 1.00 | 300.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 1.00 | $300.00 | $300.00 |

### Costs

| | | |
|---|---|---|
| 07/29/2014 | Postage | 3.15 |
| 07/29/2014 | Photocopy expense. | 3.30 |
| | Total Costs | 6.45 |
| | Total Current Work | 306.45 |
| | Balance Due | $306.45 |

### Your Trust Account balance is

| | |
|---|---|
| Opening Balance | $11.50 |
| Closing Balance | $11.50 |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
08/31/2014
Account No: 7417-001H
Statement No:     11

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita  KS  67214-3514

Attn: Ross A. Hollander'

| | | | | Hours | |
|---|---|---|---|---|---|
| | | Previous Balance | | | $306.45 |
| | | **Fees** | | | |
| 08/01/2014 | EJN | Memorandum to John Mallery. | | 0.20 | 60.00 |
| 08/18/2014 | EJN | Memorandum on delivery of computers. | | 0.20 | 60.00 |
| 08/19/2014 | EJN | Memorandum to Court; work on letter to expert witness. | | 0.25 | 75.00 |
| 08/20/2014 | EJN | Memorandum to Judge James; conference call with Court. | | 0.25 | 75.00 |
| 08/21/2014 | EJN | Prepare order. | | 0.40 | 120.00 |
| | EJN | Prepare order; telephone conference with Ross Hollander. | | 0.40 | 120.00 |
| 08/26/2014 | EJN | Review correspondence on protocol. | | 0.20 | 60.00 |
| | | For Current Services Rendered | | 1.90 | 570.00 |

**Recapitulation**

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 1.90 | $300.00 | $570.00 |

Total Current Work                                          570.00

**Payments**

08/31/2014   Payment.                                       -11.50

Balance Due                                                 $864.95

**Your Trust Account balance is**

| | | |
|---|---|---|
| Opening Balance | $11.50 | |
| 08/31/2014 Fees & Expenses August 2014 | | |
| PAYEE: Redmond & Nazar, L.L.P. | -11.50 | |
| Closing Balance | $0.00 | |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.