## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TANK CONNECTION, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 13 CV 1392 |
| | ) | |
| JOHN R. HAIGHT | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| USA TANK SALES & ERECTION | ) | |
| COMPANY, INC. | ) | |
| | ) | |
| Relief Defendant | ) | |

### MOTION FOR ALLOWANCE OF FEES
### OF HINKLE LAW FIRM, LLC, SUCCESSOR OF REDMOND & NAZAR, L.L.P.
### AS COUNSEL FOR THE RECEIVER
### FOR THE MONTHS OF SEPTEMBER, 2014 THRU JANUARY, 2015
### AND MOTION TO APPROVE AND RATIFY THE PAYMENT OF
### INVOICES OF MALLERY TECHNICAL TRAINING AND CONSULTING, INC.

COMES NOW the Receiver, Edward J. Nazar, and hereby moves the Court for an order for the allowance of fees and expenses incurred by the Receiver, together with an order approving and ratifying the payment of invoices of Mallery Technical Training and Consulting, Inc. in the total sum of $3,187.50.

In support thereof, the Receiver asserts:

1. This Motion is for a period of time from September 1, 2014 thru January 31, 2015.

2. The total fees and expenses incurred by Hinkle Law Firm, LLC, successor of Redmond & Nazar, L.L.P., from September 1, 2014 thru January 31, 2015, is the sum of $1,544.15. A detailed itemization of the fees and expenses is attached hereto.

Page 1 of 3

3.      An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Month of November 2013 was approved and entered on January 3, 2014 [Dkt #47] approving fees and expenses for the period of time from November 1, 2013 (inception of the case) thru November 30, 2013 in the total sum of $3,914.67.

4.      An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Month of December, 2013 was approved and entered on January 22, 2014 [Dkt #50] approving fees and expenses for the period of time from December 1, 2013 thru December 31, 2013 in the total sum of $515.80.

5.      An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Months of January, 2014 thru August, 2014 was approved an entered on September 23, 2014 [Dkt #90] approving fees and expenses for the period of time from January 1, 2014 thru August 31, 2014 in the total sum of $2,004.25.

6.      The Court previously approved the engagement of the Receiver at the rate of $300.00 per hour.

7.      The Receiver requests the Court for an Order allowing and approving the fees and expenses of Hinkle Law Firm, LLC, successor of Redmond & Nazar, L.L.P. to be paid by plaintiff.

8.      Additionally, the Receiver has incurred expenses due Mallery Technical Training and Consulting, Inc. in the total sum of $3,187.50.  A copy of the invoice of Mallery Technical Training and Consulting, Inc. is attached hereto.

9.      The Receiver requests the Court for an Order approving and ratifying the payment of expenses to Mallery Technical Training and Consulting, Inc. in the total sum of $3,187.50.

WHEREFORE the Receiver prays the Court issue appropriate Orders allowing the fees and expenses of Hinkle Law Firm, LLC, successor of Redmond & Nazar, L.L.P., and approving and

ratifying the payment of expenses to Mallery Technical Training and Consulting, Inc., all as set forth herein.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Receiver
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the _20th_ day of February, 2015, a true and correct copy of the Motion for Allowance of Fees of Hinkle Law Firm, LLC, Successor of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Months of September, 2014 thru January, 2015 and Motion to Approve and Ratify the Payment of Invoices of Mallery Technical Training and Consulting, Inc. was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification either electronically or by first class United States mail are as follows:

Ross A. Hollander
Joseph, Hollander & Craft, LLC
500 North Market Street
Wichita, KS 67214-3514
        *Attorney for Plaintiff*

Christopher F. Burger
Stevens & Brand, LLP
PO Box 189
Lawrence, KS 66044
        *Attorney for John R. Haight*

/s/Edward J. Nazar

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
09/30/2014

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC                                   Account No: 7417-001H
500 North Market Street                                         Statement No:      12
Wichita  KS  67214-3514

Attn: Ross A. Hollander'

|  |  |  |
|---|---|---|
| Previous Balance | | $864.95 |

### Fees

| Date | | Description | Hours | |
|---|---|---|---|---|
| 09/12/2014 | EJN | Telephone conference with John Mallery. | 0.10 | 30.00 |
| | EJN | Telephone conference with John Mallery on John Haight. | 0.20 | 60.00 |
| 09/16/2014 | EJN | Review memos; forward memos to Chris Burger; review memo from Chris Burger; memo to Ross Hollander. | 0.25 | 75.00 |
| | EJN | Work on materials to Chris Burger. | 0.20 | 60.00 |
| | EJN | Work on Motion for administrative expenses. | 0.20 | 60.00 |
| 09/17/2014 | EJN | Work on production and report of expert; telephone conference. | 0.40 | 120.00 |
| 09/18/2014 | EJN | Work on response to Chris Berger; telephone conference with John Mallery. | 0.40 | 120.00 |
| 09/22/2014 | EJN | Prepare order on administrative expenses. | 0.10 | 30.00 |
| | EJN | Work on response; telephone conferences with John Mallery; telephone conference with Ross Hollander. | 0.50 | 150.00 |
| 09/23/2014 | EJN | Telephone conference with Ross Hollander; telephone conference with John Mallery (2 calls). | 0.50 | 150.00 |
| 09/24/2014 | EJN | Letter to Ross Hollander; memo to John Mallery. | 0.25 | 75.00 |
| | | For Current Services Rendered | 3.10 | 930.00 |

#### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 3.10 | $300.00 | $930.00 |

### Costs

| Date | Description | |
|---|---|---|
| 09/25/2014 | Postage | 0.49 |
| 09/25/2014 | Photocopy expense. | 0.45 |
| | Total Costs | 0.94 |
| 08/05/2014 | Federal Express charges | 19.52 |
| 08/19/2014 | Federal Express charges | 54.40 |
| 08/28/2014 | UPS Charges. | 36.75 |
| | | 110.67 |
| | Total Current Work | 1,041.61 |
| | Balance Due | $1,906.56 |

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS  67214-3514

Attn: Ross A. Hollander'

Page: 1
10/31/2014
Account No: 7417-001H
Statement No:        13

| | | | | |
|---|---|---|---|---|
| Previous Balance | | | | $1,906.56 |

### Fees

| | | | Hours | |
|---|---|---|---|---|
| 10/31/2014 EJN | Letter to Kenny Dingwall.. | | 0.10 | 30.00 |
| | For Current Services Rendered | | 0.10 | 30.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 0.10 | $300.00 | $30.00 |

### Costs

| | | |
|---|---|---|
| 09/12/2014 | Long distance phone call charges. | 0.32 |
| | Total Costs | 0.32 |
| | Total Current Work | 30.32 |

### Payments

| | | |
|---|---|---|
| 10/15/2014 | Payment. | -1,906.56 |
| | Balance Due | $30.32 |

**Payments made after the first of the month will be**
**reflected on the next statement.**
**Unascertained expenses will be billed at a later date.**

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
11/30/2014
Account No: 7417-001H
Statement No:       14

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita KS  67214-3514

Attn: Ross A. Hollander'

|  | | |
|---|---|---|
| Previous Balance | | $30.32 |

### Fees

|  |  | | Hours | |
|---|---|---|---|---|
| | | | Hours | |
| 11/24/2014 EJN | Review docket/pleadings. | | 0.20 | 60.00 |
| | For Current Services Rendered | | 0.20 | 60.00 |

### Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| EDWARD J. NAZAR | 0.20 | $300.00 | $60.00 |

### Costs

| | | |
|---|---|---|
| 11/03/2014 | Postage | 1.47 |
| 11/03/2014 | Photocopy expense. | 0.75 |
| | Total Costs | 2.22 |

| | | |
|---|---|---|
| 11/03/2014 | Receiver Bond Renewal through Kenneth Dingwall Insurance, Inc. | 100.00 |
| | | 100.00 |
| | Total Current Work | 162.22 |

### Payments

| | | |
|---|---|---|
| 11/26/2014 | Payment. | -30.32 |
| | Balance Due | $162.22 |

**Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.**

**Redmond & Nazar, L.L.P.**
**Attorneys at Law**
**245 North Waco, Suite 402**
**Wichita, Kansas  67202-1117**
**316-262-8361**
**Federal I.D. #48-0779672**

Page: 1
12/31/2014
Account No: 7417-001H
Statement No:      15

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita  KS  67214-3514

Attn: Ross A. Hollander'

Previous Balance                                                                                    $162.22

### Fees

|            |     |                                  | Hours |        |
|------------|-----|----------------------------------|-------|--------|
| 12/04/2014 | EJN | Status conference.               | 0.40  | 120.00 |
| 12/07/2014 | EJN | Letter on bond renewal.          | 0.10  | 30.00  |
|            |     | For Current Services Rendered    | 0.50  | 150.00 |

### Recapitulation

| Timekeeper       | Hours | Rate     | Total    |
|------------------|-------|----------|----------|
| EDWARD J. NAZAR  | 0.50  | $300.00  | $150.00  |

| 12/15/2014 | Renewal of Receiver Bond. | 100.00 |
|------------|---------------------------|--------|
|            |                           | 100.00 |
|            | Total Current Work        | 250.00 |

### Payments

| 12/24/2014 | Payment. | -162.22 |
|------------|----------|---------|

Balance Due                                                                                         $250.00

Payments made after the first of the month will be
reflected on the next statement.
Unascertained expenses will be billed at a later date.

Tank Connection, LLC Receivership
Joseph Hollander & Craft, LLC
500 North Market Street
Wichita, KS  67214-351

February 11, 2015
Billed Through:       01/31/2015
Invoice #              196135
Client #                16235  00010   EJN

**Tank Connection, LLC Receivership**

FOR PROFESSIONAL SERVICES RENDERED

| | | | | |
|---|---|---|---|---|
| 01/15/2015 | EJN | Review correspondence on protocol; telephone conference with Ross Hollander. | 0.10 hrs | 30.00 |
| 01/21/2015 | EJN | Telephone conference with Steve Joseph. | 0.10 hrs | 30.00 |
| | | Total Fees | 0.20  hrs | $60.00 |

RECAPITULATION

| | | | |
|---|---|---|---|
| Nazar, Edward J. | 0.20  hrs | 300 /hr | 60.00 |
| TOTAL FEES | 0.20    hrs | | $60.00 |
| TOTAL CHARGES FOR THIS BILL | | | $60.00 |
| TOTAL BALANCE NOW DUE | | | $60.00 |

# Invoice



**9393 W. 110th Street, Suite 500**
**Overland Park, KS 66210**

2/10/15
1101-4-1002

Edward Nazar
Redmond & Nazar, L.L.P.
245 North Waco, Suite 402
Wichita, KS 67202

## In Relation To:Tank Connection, LLC v. Haight

| Date | Task | Rate | Time | Total |
|------|------|------|------|-------|
| 7/31/14 | Review and respond to protocol | $250.00 | 00:15 | $62.50 |
| 8/26/14 | Image drives from eMachines Computer | $250.00 | 03:00 | $750.00 |
| 9/2/14 | Begin analysis of eMachines drives | $250.00 | 03:00 | $750.00 |
| 9/7/14 | Image 4 thumb drives | $250.00 | 01:00 | $250.00 |
| 9/12/14 | Analyze thumb drives | $250.00 | 02:00 | $500.00 |
| 9/13/14 | Analyze thumb drives | $250.00 | 02:00 | $500.00 |
| 9/14/14 | Begin analysis of Dell Latitude | $250.00 | 01:30 | $375.00 |
| 9/15/14 | Collate thumb drive results | $250.00 | 01:30 | $375.00 |
| 9/16/14 | Process emachines drives | $250.00 | 03:00 | $750.00 |
| 9/18/14 | Image analyze cell phone | $250.00 | 01:00 | $250.00 |
| 9/21/14 | Complete analysis of Dell | $250.00 | 02:30 | $625.00 |
| | | | 20:45 | $5,187.50 |

| | |
|---|---|
| opening balance | $0.00 |
| new charges | $5,187.50 |
| payments | $2,000.00 |
| payable | $3,187.50 |
| **retainer start balance** | **$0.00** |
| **retainer held** | **$0.00** |
| **retainer payment required** | none |

Visit us at www.malleryttc.com
Terms: Net 30