## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TANK CONNECTION, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No. 13 CV 1392 |
| | ) | |
| JOHN R. HAIGHT | ) | |
| | ) | |
| Defendant | ) | |

### MOTION FOR APPROVING AND RATIFYING ALLOWANCE OF FEES
### OF HINKLE LAW FIRM LLC, SUCCESSOR OF REDMOND & NAZAR, L.L.P.
### AS COUNSEL FOR THE RECEIVER
### FOR THE MONTHS OF FEBRUARY, 2015 THRU OCTOBER, 2016

COMES NOW the Receiver, Edward J. Nazar, and hereby moves the Court for an order for the approving and ratifying the allowance of fees and expenses incurred by the Receiver.

In support thereof, the Receiver asserts:

1. This Motion is for a period of time from February 1, 2015 thru October 31, 2016.

2. The total fees and expenses incurred by Hinkle Law Firm LLC, successor of Redmond & Nazar, L.L.P., from February 1, 2015 thru October 31, 2016, is the sum of $5,777.13. The total sum of $5,642.73 has been paid, leaving an outstanding balance due Hinkle Law Firm LLC of $134.40. A detailed itemization of the fees and expenses is attached hereto.

3. An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Month of November 2013 was approved and entered on January 3, 2014 [Dkt #47] approving fees and expenses for the period of time from November 1, 2013 (inception of the case) thru November 30, 2013 in the total sum of $3,914.67.

4. An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the

Receiver for the Month of December, 2013 was approved and entered on January 22, 2014 [Dkt #50] approving fees and expenses for the period of time from December 1, 2013 thru December 31, 2013 in the total sum of $515.80.

5.    An Order Approving Allowance of Fees of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Months of January, 2014 thru August, 2014 was approved and entered on September 23, 2014 [Dkt #90] approving fees and expenses for the period of time from January 1, 2014 thru August 31, 2014 in the total sum of $2,004.25.

6.    An Order Approving Allowance of Fees of Hinkle Law Firm, LLC, Successor of Redmond & Nazar, L.L.P. as Counsel for the Receiver for the Months of September, 2014 thru January, 2015 [Dkt #132] was approved and entered on March 10, 2015, approving fees and expenses for the period of time from September 1, 2014 thru January 31, 2015, in the total sum of $1,544.15.

7.    The Court previously approved the engagement of the Receiver at the rate of $300.00 per hour.

8.    The Receiver requests the Court for an Order approving and ratifying the allowance of the fees and expenses of Hinkle Law Firm LLC, successor of Redmond & Nazar, L.L.P. to be paid by plaintiff.

WHEREFORE the Receiver prays the Court issue appropriate Orders approving and ratifying the allowance of the fees and expenses of Hinkle Law Firm LLC, successor of Redmond & Nazar, L.L.P. as set forth herein.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM LLC

/s/Edward J. Nazar
Edward J. Nazar, #09845
Attorney for Receiver
301 North Main, Suite 2000
Wichita, KS 67202-4820
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2016, the foregoing was filed electronically with the United States District Court for the District of Kansas using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system. The parties of interest receiving notification electronically are as follows:

Ross A. Hollander
Joseph, Hollander & Craft, LLC
500 North Market Street
Wichita, KS 67214-3514
*Attorney for Plaintiff*

Christopher F. Burger
Stevens & Brand, LLP
PO Box 189
Lawrence, KS 66044
*Attorney for John R. Haight*

/s/Edward J. Nazar
Edward J. Nazar

## Client:  16235-Tank Connection, LLC Receivers
## Matter:  All Matters

| Code | Date | Employee | Bill Number | Hours On | Rate On | Amount On | Narrative |
|------|------|----------|-------------|----------|---------|-----------|-----------|
| 00010 | 2/9/2015 | EJN | 197848 | 0.40 | 300.00 | $120.00 | Two telephone conferences with Steve Joseph; two |
| 00010 | 2/9/2015 | EJN | 197848 | 0.40 | 300.00 | $120.00 | Two telephone conferences with John Mallery; |
| 00010 | 2/10/2015 | EJN | 197848 | 0.40 | 300.00 | $120.00 | Dictation on John Mallery fees and motion for |
| 00010 | 2/16/2015 | EJN | 197848 | 0.20 | 300.00 | $60.00 | Review John Haight's response. |
| 00010 | 2/17/2015 | EJN | 197848 | 0.30 | 300.00 | $90.00 | Telephone conference with John Mallery and Steve |
| 00010 | 2/28/2015 | EJN | 197848 | 0.10 | 300.00 | $30.00 | Letter to John Mallery. |
| 00010 | 3/6/2015 | EJN | 199203 | 0.20 | 300.00 | $60.00 | Prepare order on fees. |
| 00010 | 3/30/2015 | EJN | 199203 | 0.10 | 300.00 | $30.00 | Review docket; dictation on discovery issue. |
| 00010 | 6/4/2015 | EJN | 203319 | 0.30 | 300.00 | $90.00 | Letter to Chris Burger; review materials produced by |
| 00010 | 6/8/2015 | EJN | 203319 | 0.80 | 300.00 | $240.00 | Review memos from Chris Burger; review discovery |
| 00010 | 7/6/2015 | EJN | 204874 | 0.20 | 300.00 | $60.00 | Work on protocol of release of information. |
| 00010 | 7/7/2015 | EJN | 204874 | 0.20 | 300.00 | $60.00 | Review memo from John Mallery; dictation. |
| 00010 | 7/13/2015 | EJN | 204874 | 0.40 | 300.00 | $120.00 | Deal with protocol issue; memos to Chris Burger/Ross |
| 00010 | 7/30/2015 | EJN | 204874 | 0.10 | 300.00 | $30.00 | Telephone conference with Ross Hollander. |
| 00010 | 8/4/2015 | EJN | 206521 | 0.20 | 300.00 | $60.00 | Telephone conference with Ross Hollander; draft letter |
| 00010 | 8/4/2015 | EJN | 206521 | 1.20 | 300.00 | $360.00 | Review memos; work on production of materials from |
| 00010 | 8/7/2015 | EJN | 206521 | 0.60 | 300.00 | $180.00 | Work on production. |
| 00010 | 8/10/2015 | EJN | 206521 | 0.40 | 300.00 | $120.00 | Work on production of materials; memos to parties. |
| 00010 | 8/11/2015 | EJN | 206521 | 0.10 | 300.00 | $30.00 | Work on discovery issue. |
| 00010 | 8/18/2015 | EJN | 206521 | 0.20 | 300.00 | $60.00 | Work on discovery issue. |
| 00010 | 8/25/2015 | EJN | 206521 | 0.20 | 300.00 | $60.00 | Telephone conference with Ross Hollander; memo. |
| 00010 | 9/3/2015 | EJN | 208003 | 0.20 | 300.00 | $60.00 | Letter on Court's order and compliance issue. |
| 00010 | 9/16/2015 | EJN | 208003 | 0.10 | 300.00 | $30.00 | Memo to Ross Hollander. |
| 00010 | 9/17/2015 | EJN | 208003 | 0.10 | 300.00 | $30.00 | Respond to request of Ross Hollander. |
| 00010 | 10/17/2015 | EJN | 209361 | 0.10 | 300.00 | $30.00 | Dictation on bond renewal. |



$2,280.00

**Client:  16235-Tank Connection, LLC Receivers**
**Matter:  All Matters**

| Code | Date | Employee | Hours To | Rate | Amount | Narrative |
|------|------|----------|----------|------|--------|-----------|
| 00010 | 10/31/2016 | EJN | 0.10 | 300 | $30.00 | Letter to Dingwall on bond. |

**Client:  16235-Tank Connection, LLC Receivers**
**Matter:  All Matters**

| Code | Date | Expense Code | Bill Number | Amount On B | Narrative |
|------|------|--------------|-------------|-------------|-----------|
| 00010 | 1/31/2015 | 0160 | 197848 | $21.50 | Federal Court Electronic Records - Pacer |
| 00010 | 2/23/2015 | 0180 | 197848 | $3,187.50 | Professional Services - mallery Technical Training and |
| 00010 | 2/28/2015 | 0160 | 199203 | $24.70 | Federal Court Electronic Records - Pacer |
| 00010 | 3/2/2015 | 0010 | 199203 | $0.50 | Copies .10 X 5 |
| 00010 | 3/2/2015 | 0020 | 199203 | $1.44 | Postage .48 X 3 |
| 00010 | 3/11/2015 | 0010 | 199203 | $1.50 | Copies .10 X 15 |
| 00010 | 3/11/2015 | 0020 | 199203 | $0.69 | Postage |
| 00010 | 3/31/2015 | 0160 | 203319 | $0.90 | Federal Court Electronic Records - Pacer |
| 00010 | 4/30/2015 | 0160 | 203319 | $0.20 | Federal Court Electronic Records - Pacer |
| 00010 | 5/31/2015 | 0160 | 203319 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 6/30/2015 | 0160 | 204874 | $1.50 | Federal Court Electronic Records - Pacer |
| 00010 | 7/31/2015 | 0160 | 206521 | $0.50 | Federal Court Electronic Records - Pacer |
| 00010 | 8/30/2015 | 0160 | 208003 | $0.20 | Federal Court Electronic Records - Pacer |
| 00010 | 10/16/2015 | 0180 | 209361 | $100.00 | Professional Services - Kenneth Dingwall Insurance, Inc. - |

$3,362.73

## Client:  16235-Tank Connection, LLC Receivers
## Matter:  All Matters

| Code | Date | Expense Code | Amount | Narrative |
|------|------|--------------|--------|-----------|
| 00010 | 11/16/2015 | 0160 | $0.40 | Federal Court Electronic Records - Pacer |
| 00010 | 11/16/2015 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 11/17/2015 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 11/17/2015 | 0160 | $0.30 | Federal Court Electronic Records - Pacer |
| 00010 | 12/7/2015 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 2/9/2016 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 2/23/2016 | 0160 | $1.50 | Federal Court Electronic Records - Pacer |
| 00010 | 3/4/2016 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 3/7/2016 | 0160 | $0.20 | Federal Court Electronic Records - Pacer |
| 00010 | 3/8/2016 | 0160 | $0.10 | Federal Court Electronic Records - Pacer |
| 00010 | 3/15/2016 | 0160 | $1.40 | Federal Court Electronic Records - Pacer |
| 00010 | 10/25/2016 | 0180 | $100.00 | Professional Services - Kenneth Dingwall |



$104.40